**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | **UNDER SEAL** |
| **JEFFREY P. SABOL,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO SEAL ARREST WARRANT**
**ON THE PUBLIC DOCKET OF THE FILING OF THIS**
**MOTION TO SEAL AND RELATED MATTERS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and his assistants Kimberly Paschall, respectfully move this Court to place under seal the Arrest Warrant, this Motion to Seal, and the attached Order granting the motion to seal, to place on the public docket of the filing of this Motion to Seal and Order of the Court. In support of this motion, the government submits as follows:

(1) On January 8, 2021, a grand jury for the District of Columbia, 21-1 that was opened for the Capitol Riot Cases for various violations, Defendant Jeffrey P. Sabol is being charged by complaint with of Title 18, United States Code, Section 231(a), Civil Disorder.

(2) Public disclosure of the existence of the District Court Arrest Warrant in at this time might alert the defendant and other targets that they are under investigation. Placing the defendant's Arrest Warrant on the public docket at this time could cause those additionally under investigation with connections to the defendant to arm themselves to evade arrest and just generally flee from law enforcement, which can present a danger to law enforcement and nearby

civilians. These are compelling reasons for the sealing of these documents.[1] Accordingly, the United States requests that this Court grant the accompanying proposed order, which is attached.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government respectfully requests that the Court grant this motion and enter the attached proposed order.

Date: January 15, 2021

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

_/s/ Kimberly Paschall_

Kimberly L. Paschall
Assistant United States Attorney
D.C. Bar No. 1015665
555 4th Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.paschall@usdoj.gov

---

[1] See, e.g., Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. 1991) (noting situations when compelling reasons exist for sealing documents filed with the Court and postponing entry of filings on public docket).