**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 21-MJ-77 (RMM)** |
| : | |
| **JEFFREY SABOL,** : | |
| **Defendant.** : | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court unseal the docket, arrest warrant, complaint and related papers in the above captioned case. The defendant was arrested on January 22, 2021 and the reasons for sealing the case have been accomplished and there is no longer a need to keep the case sealed. This matter was originally sealed on or about January 15, 2021.

Date: January 26, 2021

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
New York Bar No. 4444188

By:  KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar 1015665
U.S. Attorney's Office
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov