NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                         Criminal Number  1:21-mj-77

Jeffrey Sabol
_____
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jon W. Norris (426105)
(Attorney & Bar ID Number)

Law Offices of Jon W. Norris
(Firm Name)

503 D Street NW, Suite 250
(Street Address)

Washington, D.C. 20001
(City)          (State)          (Zip)

202-371-0300
(Telephone Number)